Central Ice Cream Co., an Illinois Corporation, Plaintiff-Counter-Defendant and Appellee, v. Universal Leaseway System, Inc., a Michigan Corporation (Formerly Known as Reo Truck Leasing, Inc.), Defendant-Counter-Plaintiff and Appellant.

Gen. No. 47,438.

First District, Second Division.
December 16, 1958.
Rehearing denied January 9, 1959.
Released for publication February 4, 1959.

Lynch and Schaller, Ewald E. Kundtz (William J. Lynch, George J. Schaller, Ewald E. Kundtz, Francis J. Reilly, James E. Hastings, of counsel) for appellant; Mortimer & Ryan, William C. Wines, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.